# EXHIBIT "B"

☆  (https://www.traviscountytx.gov)

District Clerk - AARO - Attorney Access to Records Online

# Details

Updated : Tuesday, August 27, 2019 4:48:20 AM

|  |  |
|---|---|
| Cause Number | D-1-GN-19-004305 |
| Style | ROBERTS V RUCKER ET AL |
| Filed Date | 7/25/2019 |
| Court | 201 |
| Type | PERSONAL INJURY OTHER (GEN LIT ) |
| Case Status | PENDING |
| Action/Offense | |
| Hearing Date | |

Request Documents (https://www.traviscountytx.gov/dis

New Search (/aaro/)

| Attorney | Type | Party - Full/Business | Party - Person |
|---|---|---|---|
| STAFFORD GORDON O. | DEFENDANT | RUCKER RESTAURANT HOLDINGS LLC | |
| RANCO ROBERT LUCAS | PLAINTIFF | | ROBERTS , EVA |
| STAFFORD GORDON O. | DEFENDANT | RRH AUSTIN LLC | |

| Date | Court | Party | Description | Category | Pages | |
|---|---|---|---|---|---|---|
| 8/23/2019 | 201 | DF | ORIG ANSWER/SPECIAL APPEARANCE | ANS-RESP | 5 | Download (/aaro/Default/GetPdf?barCodeId=6661170) |
| 7/31/2019 | 201 | DF | EXECUTED SERVICE | SRVPROCESS | 2 | Download (/aaro/Default/GetPdf?barCodeId=6616225) |
| 7/31/2019 | 201 | DF | ISS:CITATION SEC ST-INS-HWY | ISSUANCE | 1 | Download (/aaro/Default/GetPdf?barCodeId=6614994) |
| 7/31/2019 | 201 | DF | ISS:CITATION | ISSUANCE | 1 | Download (/aaro/Default/GetPdf?barCodeId=6614993) |
| 7/25/2019 | 201 | PL | ORIGINAL PETITION/APPLICATION | PET-PL | 21 | Download (/aaro/Default/GetPdf?barCodeId=6607187) |

Request Documents (https://www.traviscountytx.gov/district-clerk/records-request)

New Search (/aaro/)

© 2019 Travis County, Texas - All rights reserved.