# EXHIBIT "C"

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **EVA ROBERTS,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 1:19-cv-855 |
| § | |
| **RUCKER RESTAURANT HOLDINGS** § | |
| **LLC and RRH-AUSTIN, LLC,** § | |
| *Defendants.* § | |

## INDEX OF MATTERS BEING FILED

| | |
|---|---|
| All pleadings, process, orders and all other filings in the State Court Action. | Exhibit "A" |
| Copy the State Court Docket Sheet. | Exhibit "B" |
| Index of matters being filed. | Exhibit "C" |
| A list of all counsel of record, including addresses, telephone Numbers and parties represented. | Exhibit "D" |
| A copy of the "Notice of State Court of Removal to Federal Court" (without exhibits) that will be filed with the Clerk of the District Court of Travis County, Texas. | Exhibit "E" |