# EXHIBIT "D"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **EVA ROBERTS,** § | |
|    *Plaintiff,* § | |
| § | |
| **v.** § | CIVIL ACTION NO. 1:19-cv-855 |
| § | |
| **RUCKER RESTAURANT HOLDINGS** § | |
| **LLC and RRH-AUSTIN, LLC,** § | |
|    *Defendants.* § | |

## LIST OF ALL COUNSEL OF RECORD

Robert L. Ranco
State Bar Number  24029785
DC LAW, PLLC
1012 W. Anderson Ln
Austin, Texas 78757
512-220-1800
512-220-1801 Fax
robert@texasjustice.com
Attorney for Plaintiff


Shan Marie Egliskis
State Bar Number 24059712
LAW OFFICE OF R. E. (FELIX) COX
LAW OFFICE OF R.E. (FELIX) COX
1100 Northwest Loop 410, Suite 370
San Antonio, Texas 78213-2200
(210) 949-0166
(855) 949-1338 Fax
Egliss1@nationwide.com
Attorney for Defendants