# EXHIBIT "E"

CAUSE NO. D-1-GN-19-004305

| | | |
|---|---|---|
| EVA ROBERTS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 201ST JUDICIAL DISTRICT |
| | § | |
| RUCKER RESTAURANT HOLDINGS, | § | |
| LLC and RRH-AUSTIN, LLC | § | TRAVIS COUNTY, TEXAS |

### NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. §§ 1332 and 1446, you are hereby notified that on August 30, 2019, Defendants RUCKER RESTAURANT HOLDINGS LLC and RRH-AUSTIN, LLC filed their *Defendants' Notice of Removal* to remove this state-court proceeding to the United States District Court for the Western District of Texas, Austin Division. A copy of such notice and other papers are attached hereto as Exhibit "A" and should be filed by you with the papers in this cause. Upon the filing of the Notice of Removal, removal has been effected pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,

LAW OFFICE OF R.E. (FELIX) COX
1100 NORTHWEST LOOP 410, SUITE 370
SAN ANTONIO, TX  78213-2200
(210) 949-0166 MAIN
(855) 949-1338 FACSIMILE

*/s/ Shan Marie Egliskis*

_____
SHAN MARIE EGLISKIS
State Bar No. 24059712
Egliss1@nationwide.com

ATTORNEY FOR DEFENDANTS
**RUCKER RESTAURANT HOLDINGS LLC
And RRH-AUSTIN, INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been forwarded to the following in accordance with the Texas Rules on the 30th day of August, 2019.

Robert L. Ranco
DC Law, PLLC
1012 W. Anderson Ln
Austin, TX  78757
512-220-1800
512-220-1801 Fax
robert@texasjustice.com
*Attorney for Plaintiff, Eva Roberts*

_____
    SHAN MARIE EGLISKIS